IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CONFLUENCE HOLDINGS CORP.,       )
                                 )
    Plaintiff,                   )
                                 )
    v.                           )       1:04CV1070
                                 )
OLD TOWN CANOE COMPANY and       )
JOHNSON OUTDOORS INC.,           )
                                 )
    Defendants.                  )

O R D E R

Defendants Old Town Canoe Company and Johnson Outdoors Inc. have moved to stay this proceeding pending the outcome of the appeal of <u>Old Town Canoe Company v. Confluence Holdings Corp.</u> from the District of Oregon to the Federal Circuit Court. Plaintiff objects to the stay.

It appears to this court that to proceed even with discovery at this stage may, at least, cause additional or less discovery to be done depending on the outcome of the appeal in the Oregon proceeding. The court finds that it would be in the best interest of justice to stay this matter temporarily.

IT IS THEREFORE ORDERED that this proceeding shall be stayed until August 1, 2005, provided however that either party may file at any time a motion to extend or reduce the time of this stay for any reason not heretofore considered by the court.

This the 9th day of May 2005.

_____
United States District Judge