# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **CONFLUENCE HOLDINGS CORP.,**<br><br>Plaintiff,<br><br>vs.<br><br>**OLD TOWN CANOE COMPANY and JOHNSON OUTDOORS INC.,**<br><br>Defendants. | **CASE NO. 1:04-CV-01070**<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff, CONFLUENCE HOLDINGS CORP. and Defendants OLD TOWN CANOE COMPANY and JOHNSON OUTDOORS, INC., pursuant to Rule 41(a)(1), stipulate to the dismissal of this matter, with prejudice, each party to bear its own costs and fees.

Dated: July 12, 2007

/s/ James L. Lester
James L. Lester, N.C. Bar No. 15,715
MACCORD MASON PLLC
P.O. Box 2974
Greensboro, NC 27402
Telephone: (336) 273-4422
Email: jlester@maccordmason.com

Counsel for Plaintiff
Confluence Holdings Corp.

/s/ Michael Montecalvo
Michael Montecalvo, N.C. Bar No. 24,943
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Email: mmontecalvo@wcsr.com

Counsel for Defendants
Old Town Canoe Company and Johnson Outdoors, Inc.

95886.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **STIPULATION OF DISMISSAL** was served on counsel for Defendants by electronic means and U.S. mail to:

W. Andrew Copenhaver
Michael Montecalvo
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101

Edward E. Vassallo
Douglas Sharrott
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112-3801

This 12th day of July, 2007.

/s/ James L. Lester
James L. Lester, N.C. Bar No. 15,715
MACCORD MASON PLLC
P.O. Box 2974
Greensboro, NC 27402
Telephone: (336) 273-4422
Fax: (336) 271-2830
Email: jlester@maccordmason.com